MAGISTRATE JUDGE MARY ALICE THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LEANNA M. OXFORD, )<br>)<br>Defendant. )<br>_____ ) | NO. CR 06-5309 JKA<br><br>[~~PROPOSED~~] ORDER ON MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

The Court, having reviewed the defendant's unopposed motion to modify conditions of pretrial release, hereby finds that the reasons set forth therein for the requested relief establish that the ends of justice are served by granting the modification of conditions. Accordingly,

IT IS HEREBY ORDERED that the motion is granted; and,

//

//

//

//

[~~PROPOSED~~] ORDER ON UNOPPOSED MOTION
TO MODIFY CONDITIONS OF PRETRIAL RELEASE - 1
(Leanna Oxford; CR 06-5309 JKA)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100

IT IS FURTHER ORDERED that defendant's conditions of pretrial release be modified to remove the condition of electronic monitoring.

DONE this 26th day of May, 2006.

        s/ James P. Donohue
        for: Mary Alice Theiler
        United States Magistrate Judge

Presented by:

s/ Robert H. Gombiner
WSBA # 16059
Assistant Federal Public Defender
Attorney for Leanna M. Oxford
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: (206) 553-1100
Fax:    (206) 553-0120
robert_gombiner@fd.org

[PROPOSED] ORDER ON UNOPPOSED MOTION
TO MODIFY CONDITIONS OF PRETRIAL RELEASE - 2
(Leanna Oxford; CR 06-5309 JKA)

FEDERAL PUBLIC DEFENDER
1601 Fifth Ave., Suite 700
Seattle, Washington  98101
(206) 553-1100